IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GERALDINE Y. SMITH** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 1:15-CV-263-KS-RHW**

**ST. JUDE MEDICAL, JEFF MEYERSON,**
**and DR. SHAWN WU** **DEFENDANTS**

## FINAL JUDGMENT

For the reasons stated in the court's previous Memorandum Opinion and Order and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment in favor of Defendants Advanced Neuromodulation Systems, Inc. ("ANS"),[1] Jeff Meyerson ("Meyerson"), and Dr. Shawn Wu ("Wu"). Plaintiff's claims against ANS and Meyerson are dismissed with prejudice. Plaintiff's claims against Wu are dismissed without prejudice. This case is closed.

SO ORDERED AND ADJUDGED this the 15th day of December, 2015.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE

---

[1] ANS was erroneously sued as "St. Jude Medical," which is not the complete name of any entity. "St. Jude Medical Neuromodulation Division" is an assumed business name for ANS, the manufacturer of the Eon Mini device at issue in this suit. The Court uses the name "ANS" in place of any reference to "St. Jude Medical" or "St. Jude Medical Neuromodulation Division."